17CV20023 -WJZ

AO 243 (Rev. 01/15)

FILED by ___ D.C.

Page 2

JAN 04 2019

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | | District | |
|---|---|---|---|
| Name *(under which you were convicted)*: JOSEPH A. OWANIKIN | | | Docket or Case No.: 1.13-20583-CR-ZLOCH |
| Place of Confinement: MCRAE CORRECTIONAL INSTITUTION | | Prisoner No.: 08090-104 | |
| UNITED STATES OF AMERICA | | v. | |
| | | Movant *(include name under which convicted)* JOSEPH A. OWANIKIN | |

## MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    *(handwritten: cat/div 510/2255/mid  Case # 13-CR-20583  Judge ZLOCH  Mag WHITE  Motn Ifp — Fee pd $___  Receipt #___)*

    (b) Criminal docket or case number (if you know): 1.13-2053-CR-ZLOCH-01

2.  (a) Date of the judgment of conviction (if you know): 12-11-2016

    (b) Date of sentencing: 12-14-2016

3.  Length of sentence: 48 Months

4.  Nature of crime (all counts): 18 U.S.C § 287, False, Fictitious or Fraudulent Claims.

5.  (a) What was your plea? (Check one)

    (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to?

    I pled guilty to count one of the indictment.

6.  If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☐
    N/A

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☒

8.  Did you appeal from the judgment of conviction?     Yes ☐     No ☒

AO 243 (Rev. 01/15)                                                                                     Page 3
_____

6.   If you went to trial, what kind of trial did you have?  (Check one)        Jury G  Judge only G

7.   Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes Gx No G

8.   Did you appeal from the judgment of conviction?        Yes G   No Gxx

9.   If you did appeal, answer the following:

     (a) Name of court:   _____

     (b) Docket or case number (if you know):   _____

     (c) Result:   _____

     (d) Date of result (if you know):   _____

     (e) Citation to the case (if you know):   _____

     (f) Grounds raised:   _____

     _____

     _____

     _____

     _____

     _____

     _____


     (g) Did you file a petition for certiorari in the United States Supreme Court?      Yes G        No Gx
         If "Yes," answer the following:

         (1) Docket or case number (if you know):   _____

         (2) Result:   _____

         _____

         (3) Date of result (if you know):   _____

         (4) Citation to the case (if you know):   _____

         (5) Grounds raised:   _____

         _____

         _____

         _____

         _____

         _____

         _____

AO 243 (Rev. 01/15)                                                                    Page 4

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

Yes G No G<sub>XX</sub>

11.  If your answer to Question 10 was "Yes," give the following information: (a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know):

(4) _____

(5) _____

Nature of the proceeding:

Grounds raised:

_____

_____

_____

_____

_____

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes G        No G<sub>XX</sub>

(7)  Result: _____

(8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1) _____

(2)  Docket of case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised: _____

_____

Name of court: _____

_____

AO 243 (Rev. 01/15)                                                                                   Page 5

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

     Yes G          No G X

(7)  Result:

(8)  Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion,

     petition, or application?

   (1)  First petition:   Yes G   No G

   (2)  Second petition: Yes G   No G

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution,
      laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the
      facts supporting each ground.

**GROUND ONE:** Ineffective Assistance of Counsel for Failing to File a requested Notice of Appeal.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

At the sentencing hearing, right after the district adviced that I I had 14 days to file for an appeal, I told my attorney that I wanted to appeal the sentence. As of the date of this motion, there has been no appeal filed on my behalf. Thus indicating that counsel's inaction has deprived me of my constitutional right to a direct appeal.

(b) **Direct Appeal of Ground One:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes G        No G

    (2)  If you did not raise this issue in your direct appeal, explain why: _____

    _Counsel failed to file a Notice of Appeal for Direct Appeal._____

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes G        No G<sub>xx</sub>

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes        No

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes G        No G

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes G        No G

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

    issue: Counsel failed to explore issue in District Court._____

    _____

    _____

    _____

Ineffective Assistance of Counsel For Failing to object to the

**GROUND TWO:** government's failure to move for a one point reduction under § 3 E1.1 (b). for acceptance of responsibility.

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):                    The record shows that at sentencing the government failed to move for the one point reduction under § 3 E 1.1 (b) in light of my acceptance of responsibility.  Counsel's failure to object to such denial of the one point reduction clearly increased my sentencing exposure.

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes G          No X G

(2)  If you did not raise this issue in your direct appeal, explain why:  Counsel failed to file a Notice of Appeal.

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes G          No G
                X

AO 243 (Rev. 01/15)                                                                                                      Page 8

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

    Yes G      No G

(4)  Did you appeal from the denial of your motion, petition, or application?

    Yes G      No G

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes G      No G

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

    Counsel failed to file a Notice of Appeal as well as explore this issue in District Court.

_____

_____

_____

_____

_____

**GROUND THREE:**   Ineffective Assistance of Counsel for Failing to object to the erroneous imposition of the 2 level enhancement under §2B1.1

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Defense counsel should have objected on the gournds that the evidence in this case

would have established that there was not enough evidentiary support since there

was no victim. Specifically, the record shows that IRS was the sole victim in this

case, thus therefore the elements set forth in §2 B 1.1 could not have been proved

by the government. Accordingly counsel's failure to have filed objections was

prejudicial in light of the lack of evidentiary support for the imposition of such

enhancement.

(b) **Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes G        No G✗

    (2)  If you did not raise this issue in your direct appeal, explain why:

       Counsel failed to file a Notice of Appeal.

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes G        No G✗

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes G        No G

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes G        No G

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes G        No G

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

AO 243 (Rev. 01/15)                                                                                          Page 10

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue:     Counsel failed to file a Notice of Appeal.

_____

_____

_____

_____

**GROUND FOUR:** Ineffective Assistance of Counsel for failing to investigate the loss amount and for failing to object to the actual amount which was less than what the government assignned to me.

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My attorney was ineffective because had he conducted a reasonable investigation, the

record would have revealed the the actual loss amount was $176,900. see attachment. **(A)** Such

lack of investigation triggered an increase in my offence calculation, since the

government used an arbitrary and erroneous amount of $585,000., which subsequently

increased my sentence by a 14 point enhancement that I otherwise would have not been

subjected to had my attorney properly investigated and challenged.

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes G          No G̶x̶

(2)  If you did not raise this issue in your direct appeal, explain why:

Counsel failed to file a Notice of Appeal.

AO 243 (Rev. 01/15)                                                                                               Page 11

    (c)  **Post-Conviction Proceedings:**

        (1)  Did you raise this issue in any post-conviction motion, petition, or application?

             Yes G         No ☒

        (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

        (3)  Did you receive a hearing on your motion, petition, or application?

             Yes G        No G

        (4)  Did you appeal from the denial of your motion, petition, or application?

             Yes G        No G

        (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

             Yes G        No G

        (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

        (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

13.    Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:

      Grounds: One, two, three, four and five. _____

    SEE ATTACHMENT B FOR GROUND FIVE.

AO 243 (Rev. 01/15)                                                                                      Page 12

_____
_____
_____
_____
_____
_____

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are
     challenging? Yes ☐ No ☒
     If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
     issues raised.   _____
_____
_____
_____
_____

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the you are
     challenging:
     (a)At the preliminary hearing :   _____
_____
     (b)At the arraignment and plea :   __Michael D. Spivak_____
          One East Broward Boulevard, Suite 1100, Fort Lauderdale, FL  33301
     (c)At the trial :   __Michael D. Spivak_____
          One East Broward Boulevard, Suite 1100, Fort Lauderdale, FL  33301
     (d)At sentencing :   __Michael D. Spivak_____
          One East Broward Boulevard, Suite 1100, Fort Lauderdale, FL  33301
     (e)On appeal :   _____
_____
     (f)In any post-conviction proceeding :   _____
_____
     (g)On appeal from any ruling against you in a post-conviction proceeding :   _____
_____
_____
_____

AO 243 (Rev. 01/15)                                                                                                      Page 13

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time? Yes G No Gx

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes G No G

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

    (b)Give the date the other sentence was imposed : _____

    (c)Give the length of the other sentence  : _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes G   No Gx

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:   The vacation of petitioner's sentence is warranted and the case remanded back to Court for resentencing and/or the holding of an evidentiary hearing for further development of relevant facts or any other relief to which movant may be entitled. relating to to petitioner's claims of Ineffective Assistance of Counsel.

AO 243 (Rev. 01/15)                                                                     Page 15

_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on       .

December 20th, 2016
(month, date, year)


Executed (signed) on                                   (date)

December 20th, 2016


_____
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

By Movant.
_____

_____

_____

ATTACHMENT A

| Form **886-A**<br>(REV JANUARY 1994) | **EXPLANATIONS OF ITEMS** | SCHEDULE NO. OR EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>Joseph A. Owanakin | TAX IDENTIFICATION NUMBER<br>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 | YEAR/PERIOD ENDED<br><br>200812 |

with the maximum allowable credit taken. Owanakin falsely represented the First Time Homebuyer Credit as being available to taxpayers interested in purchasing a house. After filing false Forms 5405 for his unsuspecting clients, Owanikin would request cash or steal money from his client's refunds in order to conceal the income from the IRS. In the 21 returns where Criminal Investigation Division conducted interviews, it was determined that $176,960 in false refunds were claimed. However, Joseph Owanakin filed at least 140 claims for refunds for 2008 returns totaling more than $1,195,489.

On December 14th, 2015 Joseph Owanikin was found guilty on one count of Title 18 U.S.C. §287 for False, Fictitious or Fraudulent claims. In addition on 09/18/2015 Joseph Owanikin signed a Factual Proffer with the United States Attorney's Office stating that he did knowingly file with the Internal Revenue Service an agency of the United States, a materially false and fraudulent claim against the IRS and the United States, that is, a false individual United States income tax return and supporting documents, including IRS Form 5405, fraudulently claiming a tax refund, knowing such claim was false.

**Audit Techniques:**
Former Revenue Paula Damiani used the below methods to establish if there was a tax liability, and if so was the preparer willful and reckless in placing items previously mentioned on the returns of his clients

**Client/Witness Interviews:**

The attached list (Exhibit 1) of 21 clients was interviewed and their oral testimonies were obtained by Internal Revenue Service, Criminal Investigation Special Agents. Revenue Agent Paula Damiani reviewed each interview, as well as the return filed by each of the clients to determine the items that were reported on the return by Mr. Owanikin without the client knowing or understanding, and furthermore not providing the preparer with documents to support the deductions, or credits he claimed for them. Revenue Agent Stan Lottman was assigned the case for Civil Closing and reviewed the interviews, returns, and reports prepared by Agent Damiani, and determined the adjustments to be correct.

**Adjustment:**

| §6694(b) Penalty per Return | Returns determined subject to §6694(b) penalty | Adjustment: |
|---|---|---|
| $5,000 | 21 | $105,000 |

**Law:**

Understatement penalties relate to the Tax Return Preparers' application of the applicable tax law to entries and positions reported on the Tax Return.

In accordance with IRC § 6694(a) and § 6694(b), a Tax Return Preparer (described below) can only be assessed a penalty when there is an understatement of tax.

§ 6694(b)(2) of the Internal Revenue Code, provides a penalty if the tax is understated due to a Tax Return Preparer's reckless or intentional disregard of rules or regulations; refer to the below listed penalty amounts. The term "rules or regulations" includes the Internal Revenue Code, temporary or final Treasury regulations, and revenue rulings or notices published in the Internal Revenue Bulletin.

**IRC § 6694(b) Understatement Due to Willful or Reckless Conduct. —**

6694(b) (1) In general. —Any tax return preparer who prepares any return or claim for refund with respect to which any part of an understatement of liability is due to a conduct described in paragraph (2) shall pay a penalty with respect to each such return or claim in amounts —

Stated Penalty Rates:

On or prior to May 25, 2007 - 6694(b) (1) (A) $1,000, or

ATTACHMENT B

GROUND FIVE:  Ineffective Assistance of Counsel for failing to object to the Mandatory Victim Restitution.

My attorney was in effective because he failed to object to the $7500 Mandatory Victim Restitution ordered at sentencing.  Had he objected, the record shows that the government would not have been able to justify the order based on the fact that the prosecutor while asking for a four point enhancement in § 2 B.1(b)2(A)(1) in the PSR contradicted his own theory when he asserted there were more than ten victims.  He later confirmed there was only one victim, the IRS.  Furthermore, he confirmed that many of the so called victims had to pay back the refunds received to the IRS. Thus, IRS being the victim was paid back the money purported it has lost. Therefore, it should not receive additional restitution from me.

Joseph A. Owanikin
#08090-104
McRae Correctional Institution
PO Drawer 55030
McRae, Helena, GA   31055

CONFIDENTIAL

...s correspondence originated from
McRae Correctional Facility
Said facility is not responsible
for the substance or contents

Clerk of Courts
United States District Court for the
Southern District of Florida
US Courthouse,
301 North Miami Avenue,
Miami, FL   33128