**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**COURTROOM   NO. 3   -   9:30 A.M.**

**MAGISTRATE JUDGE**: **PATRICK A. WHITE**

Case No.   17-20023-CIV-ZLOCH (13-20583-CR-ZLOCH)

Date   6/14/18                                                                    END:   11:00 A.M.

Clerk Elizabeth Rodriguez

DAR                                                   COURT REPORTER   Diane Peede

Title of Case JOSEPH AKINS OWANIKIN V. UNITED STATES

P. Attorney(s) Randy Golder(CJA)

D. Attorney(s) Roger Cruz (AUSA)

Reason for Hearing: MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Result of Hearing Under Advisement

-for the Movant:   Joseph Akins Owanikin sworn & testified: Direct Examination; Cross

 Examination; Re-Direct Examination

-for the Government:   Michael Spivack, AFPD sworn & testified: Direct Examination; Cross

 Examination; Re-Direct Examination

-Closing Arguments

Case continued to _____ Time _____ For_____
Misc.