✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | FLORIDA |
|---|---|---|

JOSEPH AKINS OWANIKIN
V.
UNITED STATES

**EXHIBIT AND WITNESS LIST**

17-20023-CIV-ZLOCH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| PATRICK A. WHITE | Randy Golder (CJA) | Roger Cruz (AUSA) |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Evidentiary Hearing: 6/14/18 | Diane Peede | Elizabeth Rodriguez |

| MOV. NO. | GOVT. NO. | DATE OFFERED | MARKED | ADMITTED | |
|---|---|---|---|---|---|
| X | | 6/14/18 | | | Joseph Akins Owanikin sworn & testified |
| | X | | | | Michael Spivack, AFPD |
| | A | | X | X | Composite Exhibit: J&C (page 1); FPO Case Diary Sheet, and FDO Legacy Workload Analysis |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.